Robert Kevin Boulds
#1311781 B.C.
9601 Spur 591
Amarillo, Tx. 79107

72,089-05

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

January 20, 2015

Dear Clerk:

I'm writting You this letter asking for a "Status Check" on my Motion For Leave To File Petition For Writ Of Mandamus Concerning Cause No. 996316-D also was sent was the Fatally Indictment which is Exhibit "A" also asking this court to Order the trial court 176th Harris County, Tx. to make a ruling on Applicant's Nunc Pro Tunc Motion which was filed back on Dec. 8 2014 Certified Mail concerning the Fatally Indictment which was also Exhibit "A"

I really would Appreciate it if I could get some Assistance Concerning this matter. !!!

Thank You for Your Time and Assistance. !!!

Sincerely Yours,

Robert Kevin Boulds

CC: